Case 1:07-mi-00067-WSD   Document 7   Filed 05/29/07   Page 1 of 4

FILED IN CHAMBERS
U.S.D.C. Atlanta

MAY 24 2007

JAMES N. HATTEN, Clerk
By: [signature] Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: Request for International Judicial Assistance from the Court of Original Jurisdiction in Commercial Matters No. 9, Buenos Aires, Argentina, regarding Murex Argentina S.A. v. Abbott Laboratories, et al. | : : : : : : : : | CIVIL ACTION NO. 1:07-MI-0067-WSD-RGV |

## AMENDED ORDER TO SHOW CAUSE

Upon review of the Motion to Amend Show Cause Order to Reschedule Hearing on the Pending Application for Order to Show Cause, [Doc. 5], filed by the United States Attorney for the Northern District of Georgia, it is

**ORDERED** that Respondent, Deloitte & Touche, LLP, appear before United States Magistrate Judge Russell G. Vineyard, in Courtroom 2022, 75 Spring Street, Atlanta, GA 30303, on **Monday, July 16, 2007, at 9:30 a.m.**, to show cause why it should not be compelled to obey the Letter of Request for Judicial Assistance issued by the Court of Original Jurisdiction in Commercial Matters No. 9, Buenos Aires, Argentina, as requested of it,

**IT IS FURTHER ORDERED** that the United States Marshal personally serve a copy of the Amended and Original Show Cause Orders, together with the Application for Order to Show Cause and attachments thereto, on Deloitte & Touche,

LLP, through its registered agent, Guy F. Budinscak, Registered Agent, at 191 Peachtree Street, NE, Suite 1500, Atlanta, Georgia 30303, and make his return of service to this court. The Clerk of Court is directed to promptly forward to the Marshals Service sufficient copies of those documents for completion of service.

Let a copy of this Order be served upon the Assistant U.S. Attorney who filed this matter.

SO ORDERED this 24th day of MAY, 2007.

_Russell G. Vineyard_
RUSSELL G. VINEYARD
UNITED STATES MAGISTRATE JUDGE

Dave Wallace
Facility Manager
Deloitte

Executed this 25th day of May 2007
By _____ Art Mosel
Authorized Law Enforcement officer
Deputy U.S. Marshal / Marshals Service
Title And Agency

FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

MAY 29 2007

JAMES N. HATTEN, CLERK
By: _____ Deputy Clerk

ATTEST: A TRUE COPY
CERTIFIED THIS

MAY 24 2006

James N. Hatten, Clerk
By: _____
Deputy Clerk

2

AO 72A
(Rev.8/82)

FILED IN CHAMBERS
U.S.D.C. Atlanta

MAR 30 2007

JAMES N. HATTEN, Clerk
By DMW  Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

IN RE: Request for International        :
Judicial Assistance from the Court of   :
Original Jurisdiction in Commercial     :   CIVIL ACTION NO.
Matters No. 9, Buenos Aires,            :
Argentina, regarding Murex              :   1:07-MI-0067-WSD-RGV
Argentina S.A. v. Abbott                :
Laboratories, et al.                    :
                                        :
                                        :

## ORDER TO SHOW CAUSE

Upon application, and exhibits attached thereto, by the United States Attorney for the Northern District of Georgia, it is

**ORDERED** that Respondent, Deloitte & Touche, LLP, appear before United States Magistrate Judge Russell G. Vineyard, in Courtroom 2022, 75 Spring Street, Atlanta, GA 30303, on **Wednesday, May 30, 2007, at 11:00 a.m.**, to show cause why it should not be compelled to obey the Letter of Request for Judicial Assistance issued by the Court of Original Jurisdiction in Commercial Matters No. 9, Buenos Aires, Argentina, as requested of it.

**IT IS FURTHER ORDERED** that the United States Marshal personally serve a copy of this Order, together with the Application for Order to Show Cause and attachments thereto, on Deloitte & Touche, LLP, through its registered agent, Guy F.

AO 72A
(Rev.8/82)

Budinscak, Registered Agent, at 191 Peachtree Street, NE, Suite 1500, Atlanta, Georgia 30303, and make his return of service to this court.

Let a copy of this Order be served upon the Assistant U.S. Attorney who filed this matter.

SO ORDERED this 30th day of MARCH, 2007.

*Russell G. Vineyard*
RUSSELL G. VINEYARD
UNITED STATES MAGISTRATE JUDGE

*Dave Wallace*
*Facility Manager*
*Deloitte*

Executed this 25th day of May 2007.

By _____ *Art Morel* _____
Authorized Law Enforcement Officer

*Deputy U.S. Marshal / Marshals Service*
Title And Agency

2